AO 91 (Rev. 11/11)   Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 7 2016

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Steven Gurule<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  16mj3640<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 14, 2016__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 (a) | a) whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawfull arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony. |

This criminal complaint is based on these facts:

See attached sheet

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Gary McCoy, Deputy U.S. Marshal
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __09/27/2016__

_____
_Judge's signature_

**KAREN B. MOLZEN**
**U.S. MAGISTRATE JUDGE**
_Printed name and title_

City and state:   __Albuquerque, NM__

# AFFIDAVIT

The affiant, Gary McCoy, having been first duly sworn, does hereby depose and state as follows:

1. I am a Deputy U.S. Marshal. I have been so employed since December 18, 2008. As such, I have participated in investigations of suspected violations of 18 U.S.C. § 751(a), that being Escape. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from reliable sources.

2. On June 11, 2014, the defendant was sentenced to 41 months of imprisonment and a term of supervised release of 36 months in case number 13-CR-3525 MCA after pleading guilty to bank robbery.

3. On June 28, 2016, the defendant was placed at Diersen Charities while still being in the custody of the Bureau of Prisons (BOP). The defendant signed an Acknowledgement of Custody form on or about June 28, 2016 which states, "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission from the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

4. On or about September 14, 2016, the defendant walked away from Diersen Charities without permission. The defendant was considered to be in custody when he left the halfway house and knew he did not have permission to leave custody.

5. Based on the aforementioned facts, there is probable cause to believe that the defendant committed a violation of 18 U.S.C. § 751(a).

I swear that this information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

Gary McCoy
Deputy U.S. Marshal

Subscribed to and sworn to
before me, this 27 day of September, 2016

United States Magistrate Judge
Albuquerque, New Mexico